**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael Babatunde Olanrewaju<br>Robin Lynne Olanrewaju aka Robin L Roberts<br>Debtor(s) | Chapter 13 |
| MIDFIRST BANK<br>Moving Party<br>vs.<br>Michael Babatunde Olanrewaju<br>Robin Lynne Olanrewaju aka Robin L Roberts<br>Debtor(s)<br>and William C. Miller Esq.<br>Trustee | NO. 15-17386 AMC<br><br>11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

I, Kevin G. McDonald, Esquire, attorney for Moving Party, certify that Debtor(s) has/have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated April 23, 2019 was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) has/have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

        **/s/ Kevin G. McDonald, Esquire**
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734
        Attorneys for Movant/Applicant

June 11, 2019