*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Babatunde Olanrewaju and Robin Lynne Olanrewaju

Debtor(s)

Case No: 15−17386−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default and
Response to Objection of Default

on: 7/16/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/20/19

Timothy B. McGrath
Clerk of Court

54 − 52, 53
Form 167