United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17386-amc
Michael Babatunde Olanrewaju                                            Chapter 13
Robin Lynne Olanrewaju
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jun 20, 2019
                              Form ID: 167             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db/jdb         +Michael Babatunde Olanrewaju,   Robin Lynne Olanrewaju,   504 Pembroke Avenue,
                 Lansdowne, PA 19050-2518
13614417       +American Express,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
13614418       +American Express,   9111 Duke Blvd,   Mason, OH 45040-8999
13666822        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13614420      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank of America,   P.O. Box 982235,   El Paso, TX 79998)
13614421       +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
13614423       +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
13622210        CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
13614424       +Citibank, N.A.,   1000 Technology Dr,   O Fallon, MO 63368-2239
13614425       +Citimortgage Inc,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
13614428       +Democracy Federal Credit Union,   400 N Columbus Str,   Alexandria, VA 22314-2259
13708744        Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
13614430       +Eldorado Resorts Corp,   2150 Jo Rae Avenue,   Las Vegas, NV 89183-4018
13614431       +Fed Loan Service,   P.O. Box 60610,   Harrisburg, PA 17106-0610
13614432       +Macys DSNB,   9111 Duke Boulevard,   Mason, OH 45040-8999
13782282       +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Blvd #110,
                 Oklahoma City, OK 73118-6051
13614433       +Milstead & Associates, LLC,   1 E. Stow Road,   Marlton, NJ 08053-3118
13614435      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,   350 Highland Dr,   Lewisville, TX 75067)
13614437        Santander Bank NA,   P.O. Box 841002-Ma1-Mb3-01,   Boston, MA 02884
13708465       +U.S. Bank NA,   C/O Nationstar Mortgage LLC,   Attention: Bankruptcy Department,
                 PO Box 619096,   Dallas TX 75261-9096
13681532       +U.S. Department of Education,   c/o Fedloan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:53:49      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13614419       +E-mail/Text: bankruptcy@sccompanies.com Jun 21 2019 02:49:29      Ashro,   1515 S 21st St,
                 Clinton, IA 52732-6676
13634483       +E-mail/Text: bankruptcy@sccompanies.com Jun 21 2019 02:49:29      Ashro Lifestyle,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13669404       +E-mail/Text: bncmail@w-legal.com Jun 21 2019 02:49:03      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13614422        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2019 02:53:18      Cach, LLC,
                 PO BOX 10587,   Greenville, SC 29603-0587
13614426       +E-mail/Text: mleclerc@landorinternational.com Jun 21 2019 02:49:28
                 Club Land' or Nassau Ltd.,   2120 Staples Mill Rd,   Suite 300,   Richmond, VA 23230-2917
13614427       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 21 2019 02:48:42      Comenity Bank,
                 P.O. Box 182789,   Columbus, OH 43218-2789
13614429       +E-mail/PDF: pa_dc_ed@navient.com Jun 21 2019 02:53:34      Dept Of Ed/Navient,   P.O. Box 9635,
                 Wilkes Barre, PA 18773-9635
13662683        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 21 2019 02:49:05      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
13634484       +E-mail/Text: bankruptcy@sccompanies.com Jun 21 2019 02:49:29      Monroe & Main,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13614434       +E-mail/Text: bankruptcy@sccompanies.com Jun 21 2019 02:49:29      Monroe And Main,
                 1112 7th Ave,   Monroe, WI 53566-1364
13674699        E-mail/PDF: pa_dc_ed@navient.com Jun 21 2019 02:53:52
                 Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13614436        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2019 03:15:03
                 Portfolio Recovery Associates,   120 Corporate Blvd,   Ste 1,   Norfolk, VA 23502
13664502        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2019 02:53:16
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13620948        E-mail/Text: bnc-quantum@quantum3group.com Jun 21 2019 02:48:45
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13616716        E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2019 02:53:16
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2              User: Antoinett             Page 2 of 2              Date Rcvd: Jun 20, 2019
                                  Form ID: 167                Total Noticed: 37

cr*          CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
13620021*    +Club Land'or (Nassau) Ltd.,    2120 Staples Mill Road Suite 300,    Richmond, VA 23230-2917
                                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Joint Debtor Robin Lynne Olanrewaju brad@sadeklaw.com,
               bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Michael Babatunde Olanrewaju brad@sadeklaw.com,
               bradsadek@gmail.com
              KARINA VELTER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST Bank bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Babatunde
Olanrewaju and Robin Lynne
Olanrewaju
      Debtor(s)　　　　　　　　　　Case No: 15−17386−amc

　　　　　　　　　　　　　　　　Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

  Certification of Default and
  Response to Objection of Default

      on: 7/16/19

      at: 11:00 AM

      in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 6/20/19

For The Court

Timothy B. McGrath
Clerk of Court

54 − 52, 53
Form 167