## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael Babatunde Olanrewaju<br>        Robin Lynne Olanrewaju aka Robin L Roberts<br>                        Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK, its successors and/or assigns<br>                        Movant<br>            vs. | |
| Michael Babatunde Olanrewaju<br>Robin Lynne Olanrewaju aka Robin L Roberts<br>                        Debtor(s) | NO. 15-17386 AMC |
| William C. Miller Esq.<br>                        Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of MIDFIRST BANK, which was filed with the Court on or about **6/11/19**.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

August 14, 2019