**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| **Michael Babatunde Olanrewaju** | Case No.: 15-17386 |
| **Robin Lynne Olanrewaju AKA** | Chapter 13 |
| **Robin L. Roberts** | Judge Magdeline D. Coleman |
| | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-17H** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

16-000628_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 15-17386** |
| **Michael Babatunde Olanrewaju** : | **Chapter 13** |
| **Robin Lynne Olanrewaju AKA Robin L.** : | **Judge Magdeline D. Coleman** |
| **Roberts** : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **U.S. Bank National Association, as** : | **Related Document #** |
| **Trustee for Lehman XS Trust Mortgage** : | |
| **Pass-Through Certificates, Series 2007-** : | |
| **17H** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Michael Babatunde Olanrewaju** : | |
| **Robin Lynne Olanrewaju AKA Robin L.** | |
| **Roberts** | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Michael Babatunde Olanrewaju and Robin Lynne Olanrewaju AKA Robin L. Roberts, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

16-000628_PS

Michael Babatunde Olanrewaju and Robin Lynne Olanrewaju AKA Robin L. Roberts, 504 Pembroke Avenue, Lansdowne, PA  19050

Michael Babatunde Olanrewaju and Robin Lynne Olanrewaju AKA Robin L. Roberts, 208 S. 2nd Street, Darby, PA  19023

DATE: March 6, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

16-000628_PS