United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Babatunde Olanrewaju  
Robin Lynne Olanrewaju  
    Debtors

Case No. 15-17386-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Mar 26, 2021     Form ID: 138NEW     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Babatunde Olanrewaju, Robin Lynne Olanrewaju, 504 Pembroke Avenue, Lansdowne, PA 19050-2518 |
| 13614417 | + | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13614418 | + | American Express, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 13666822 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13614420 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 13614421 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 13614428 | + | Democracy Federal Credit Union, 400 N Columbus Str, Alexandria, VA 22314-2259 |
| 13614430 | + | Eldorado Resorts Corp, 2150 Jo Rae Avenue, Las Vegas, NV 89183-4018 |
| 13614431 | + | Fed Loan Service, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13782282 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Blvd #110, Oklahoma City, OK 73118-6051 |
| 13614433 | + | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 13614435 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 13614437 | | Santander Bank NA, P.O. Box 841002-Ma1-Mb3-01, Boston, MA 02884 |
| 13708465 | + | U.S. Bank NA, C/O Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 13681532 | + | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 27 2021 05:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2021 05:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 27 2021 05:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 04:34:08 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13614419 | + | Email/Text: bankruptcy@sccompanies.com | Mar 27 2021 05:03:00 | Ashro, 1515 S 21st St, Clinton, IA 52732-6676 |
| 13634483 | + | Email/Text: bankruptcy@sccompanies.com | Mar 27 2021 05:03:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13669404 | + | Email/Text: bncmail@w-legal.com | Mar 27 2021 05:02:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13614422 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2021 04:34:22 | Cach, LLC, PO BOX 10587, Greenville, SC |

Case 15-17386-mdc  Doc 66  Filed 03/28/21  Entered 03/29/21 00:45:56  Desc Imaged
                         Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: 138NEW | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 13614423 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2021 04:54:47 | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 13622210 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2021 04:34:38 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 13614424 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2021 04:45:18 | Citibank, N.A., 1000 Technology Dr, O Fallon, MO 63368-2223 |
| 13614425 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2021 04:45:22 | Citimortgage Inc, P.O. Box 9438, Gaithersburg, MD 20898-9438 |
| 13614426 | + | Email/Text: mleclerc@landorinternational.com | Mar 27 2021 05:03:00 | Club Land' or Nassau Ltd., 2120 Staples Mill Rd, Suite 300, Richmond, VA 23230-2917 |
| 13614427 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2021 05:01:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 13614432 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2021 04:45:19 | Macys DSNB, 9111 Duke Boulevard, Mason, OH 45040 |
| 13708744 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2021 05:01:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13614429 | + | Email/PDF: pa_dc_ed@navient.com | Mar 27 2021 04:34:14 | Dept Of Ed/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 13662683 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2021 05:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13634484 | + | Email/Text: bankruptcy@sccompanies.com | Mar 27 2021 05:03:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13614434 | + | Email/Text: bankruptcy@sccompanies.com | Mar 27 2021 05:03:00 | Monroe And Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13674699 | | Email/PDF: pa_dc_ed@navient.com | Mar 27 2021 04:54:30 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 13614436 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2021 04:34:13 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502 |
| 13664502 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2021 04:44:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13620948 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2021 05:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13616716 | | Email/PDF: rmscedi@recoverycorp.com | Mar 27 2021 04:54:30 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 13620021 | *+ | Club Land'or (Nassau) Ltd., 2120 Staples Mill Road Suite 300, Richmond, VA 23230-2917 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 15-17386-mdc    Doc 66    Filed 03/28/21    Entered 03/29/21 00:45:56    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: 138NEW | Total Noticed: 40 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Robin Lynne Olanrewaju brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Michael Babatunde Olanrewaju brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor CitiMortgage Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor US BANK N.A. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael Babatunde Olanrewaju and
Robin Lynne Olanrewaju
        Debtor(s)                           Bankruptcy No: 15−17386−mdc
                                                                           Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                                               Timothy B. McGrath
                                                                                  Clerk of Court

Dated: 3/26/21

                                                                                                              65 − 64
                                                                                                         Form 138_new