### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          : Chapter 13

Michael Babatunde Olanrewaju and Robin Lynne Olanrewaju : Case No. 15–17386–mdc

        Debtor(s)

## *ORDER*
_____

    AND NOW, this day , April 27th, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                        By The Court

                        Magdeline D. Coleman
                        Chief Judge , United States Bankruptcy Court