United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Babatunde Olanrewaju  
Robin Lynne Olanrewaju  
    Debtors

Case No. 15-17386-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 27, 2021      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Michael Babatunde Olanrewaju, Robin Lynne Olanrewaju, 504 Pembroke Avenue, Lansdowne, PA 19050-2518

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

**Name**      **Email Address**

BRAD J. SADEK  
     on behalf of Debtor Michael Babatunde Olanrewaju brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK  
     on behalf of Joint Debtor Robin Lynne Olanrewaju brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

KEVIN G. MCDONALD  
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KEVIN G. MCDONALD  
     on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER  
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 27, 2021 | Form ID: 195 | Total Noticed: 1 |

MATTEO SAMUEL WEINER
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor CitiMortgage Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor US BANK N.A. amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Michael Babatunde Olanrewaju and Robin Lynne Olanrewaju : Case No. 15−17386−mdc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , April 27th, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court